**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 537 |
| | : | |
| APPOINTMENT TO THE | : | CRIMINAL PROCEDURAL RULES DOCKET |
| CRIMINAL PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2022, Randall H. McKinney, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2027.